CLEGG-RAY Co *et al.* v. INDIANA SCALE AND TRUCK Co.

BECK, J. A plea of total failure of consideration to a suit for the contract price of certain articles is not supported, where the evidence fails to show that the articles are entirely worthless; and in the absence of any data from which the jury could ascertain how much less the goods are worth than the contract price, it is not error for the court to direct a verdict for the plaintiff. *Hornsby* v. *Butts*, 85 *Ga.* 694; *Morgan* v. *Printup*, 72 *Ga.* 66.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted March 3,—Decided May 18, 1906.

Complaint. Before Judge Henderson. City court of Vienna. April 28, 1905.

*W. H. Dorris, Crum & Jones,* and *Busbee & Busbee,* for plaintiffs in error. *Whipple & McKenzia,* contra.